**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-00281-CR-W-GAF |
| | ) | |
| ADAN RAFAEL ARCE-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72(j)(26), and 28

U.S.C. § 636 and entered a plea of guilty to Count(s) Two, Three and the Forfeiture Allegation of the

Indictment.    I determined that the guilty plea is knowledgeable and voluntary and that the offense

charged   is supported by an independent basis in fact containing each of the essential elements of such

offense.   A record was made of the proceedings and a transcript is available.   I therefore recommend that

the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed

accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days

from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation

before the assigned United States District Judge.   28 U.S.C. § 636(b)(1)(B).


 /s/ John T. Maughmer
**JOHN MAUGHMER**
**United States Magistrate Judge**

Dated:    October 29, 2018